| | | | |
|---|---|---|---|
| Com. v. Piskanin | 2501 EDA 2015<br>Affirmed | 08/24/2016 | CP–39–CR–0002072–<br>2004<br>(Lehigh) |
| Com. v. Cater | 2518 EDA 2015<br>Affirmed | 08/24/2016 | CP–51–CR–0016587–<br>2008<br>(Philadelphia) |
| Galerman & Tabakin v. Bond | 2716 EDA 2015<br>Vacated and<br>Remanded | 08/24/2016 | November Term, 2013,<br>No. 00462<br>(Philadelphia) |
| Com. v. Feliciano | 2737 EDA 2015<br>Affirmed | 08/24/2016 | CP–39–CR–0002321–<br>2008<br>(Lehigh) |
| Com. v. Davis | 2811 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–23–CR–0005196–<br>2013<br>(Delaware) |
| Com. v. Cordoba | 2979 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–39–CR–0005334–<br>2014<br>(Lehigh) |
| M.E.W. v. J.S. | 3279 EDA 2015<br>Affirmed | 08/24/2016 | No. 2011–30890<br>(Montgomery) |
| Com v. Piccarreta | 3398 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–46–CR–0004746–<br>2011<br>(Montgomery) |
| Com. v. Doster | 363 EDA 2016<br>Affirmed | 08/24/2016 | CP–09–CR–0002246–<br>1990<br>(Bucks) |
| Com. v. Brenner | 1675 MDA 2014<br>Affirmed | 08/24/2016 | CP–67–CR–0002170–<br>2006<br>(York) |
| Com. v. Crisafi | 1789 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 08/24/2016 | CP–40–CR–0004125–<br>2014<br>(Luzerne) |
| Com. v. Williams | 1956 MDA 2015<br>Affirmed | 08/24/2016 | CP–28–CR–0000432–<br>2002<br>(Franklin) |
| Com. v. Williams, C. | 1989 MDA 2015<br>Affirmed | 08/24/2016 | CP–38–CR–0000511–<br>2002<br>(Franklin) |
| Com. v. Williams, E. | 2117 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–38–CR–0001948–<br>2014<br>(Lebanon) |